UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. Case No. 12cr3180-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| DEMETRIUS TRE DELL'ARSINA | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against DEMETRIUS TRE DELL'ARSINA be dismissed without prejudice.

DATED: March 5, 2014

JEFFREY T. MILLER
United States District Court